# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
BOBBY L ROMINES SR  
573 LONG HOLLOW PIKE  
LOT 37  
GALLATIN, TN  37066

Case No.08-08298-MH3-13  
JUDGE MARIAN F HARRISON  
DATE:  June 12, 2013

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

    In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of  **$2434.16** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **HSBC AUTO FINANCE** | **P O BOX 60130**<br>**CITY OF INDUSTRY, CA  91716** | **$2434.16** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com